IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03414-PAB-KLM

MICHAEL SWANSEGAR,

    Plaintiff,

v.

GLOBAL HEALTHCARE EXCHANGE, LLC, a Delaware Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **First Amended Complaint** [Docket No. 19; Filed March 22, 2012], filed as a motion (the "Motion").  On March 11, 2012, Plaintiff filed a First Amended Complaint [#17] and attached as an exhibit Plaintiff's Motion to Deem First Amended Complaint Accepted as Filed [#17-1].  On March 21, 2012, the District Judge entered a Minute Order [#18] striking the First Amended Complaint on the grounds that the "motion to amend must be filed as a separate document, with the proposed amended complaint attached as an exhibit."  The Clerk of the Court also notified counsel via text entry that he must "refile using correct event and with proper format."  [#17].  Plaintiff's present submission consists of his First Amended Complaint [#19], this time labeled as a motion, and the Motion to Deem First Amended Complaint Accepted as Filed [#19-1], labeled as an exhibit.  Plaintiff has therefore again failed to follow proper docketing procedures, even after explicit instruction by the District Judge and the Clerk of the Court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#19] is **STRICKEN**.

    **Note to Counsel:**

    **You are filing documents in your professional capacity as your client's representative in a federal court lawsuit.  Failure to follow simple instructions of the Clerk of the Court and/or Court orders is grounds for imposition of sanctions.  Such sanctions will be imposed for future violations.**

    Dated:  March 22, 2012