IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03414-PAB-KLM

MICHAEL SWANSEGAR,

    Plaintiff,

v.

GLOBAL HEALTHCARE EXCHANGE, LLC, a Delaware Limited Liability Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Extension of Time to File Proposed Scheduling Order** [Docket No. 31; Filed June 13, 2012] and **Plaintiff's Motion to Amend Complaint** [Docket No. 33; Filed June 13, 2012].

    IT IS HEREBY **ORDERED** that the Motion for Extension of Time [#31] is **GRANTED**. The parties shall file a proposed scheduling order on or before **June 14, 2012**. The proposed scheduling order located at Docket No. 34 is **STRICKEN** as incomplete.

    IT IS FURTHER **ORDERED** that the Motion to Amend [#33] is **DENIED WITHOUT PREJUDICE** for Plaintiff's failure to fully comply with D.C.COLO.LCivR 7.1A. Plaintiff states that his counsel conferred, but "opposing counsel has not yet responded." Plaintiff offers no details about the attempt to confer, *i.e.*, by what means, and how much time passed between his attempt to confer and the filing of the instant motion, thus the Court is unable to evaluate the adequacy of Plaintiff's 7.1A. certification. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A. requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

    Dated: June 14, 2012