IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03414-PAB-KLM

MICHAEL SWANSEGAR,

    Plaintiff,

v.

GLOBAL HEALTHCARE EXCHANGE, LLC,

    Defendant.

## MINUTE ORDER

    This matter is before the Court on plaintiff's motion to amend his complaint [Docket No. 40]. Defendant does not oppose plaintiff's motion to amend. *See* Docket No. 42 at 1. Pursuant to Fed. R. Civ. P. 15(a)(2), a "party may amend its pleading . . . with the opposing party's written consent." Consequently, it is

    **ORDERED** that plaintiff's motion to amend his complaint [Docket No. 40] is GRANTED. The Clerk of the Court shall accept plaintiff's First Amended Complaint [Docket No. 40-1] for filing. It is further

    **ORDERED** that, because it is no longer directed at the operative complaint, defendant's motion to dismiss [Docket No. 14] is DENIED as moot.

    DATED July 5, 2012.